Honorable Judge Timothy W. Dore
Chapter 13
Hearing Location: Seattle
Hearing Date: December 18, 2019
Hearing Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Jan Carol Little-Washington<br>Kevin Lynn Washington,<br><br>Debtors. | **CASE NO.: 19-13722-TWD**<br><br>**CHAPTER 13**<br><br>**OBJECTION TO CONFIRMATION BY WELLS FARGO BANK, N.A.** |

Wells Fargo Bank, N.A. ("Creditor"), objects to confirmation of the proposed chapter 13 plan (The "Plan") of Jan Carol Little-Washington and Kevin Lynn Washington ("Debtors" herein). The basis for this objection is that the Plan does not comply with the provisions of Title 11, chapter 13 of the United States Bankruptcy Code and thus should not be confirmed by the Court.

### I. BACKGROUND

On or about January 7, 2005, Jan C. Little and Kevin L. Washington executed and delivered a note in favor of Wells Fargo Bank, N.A. in the original principal amount of $460,000.00. This Note was secured by a Deed of Trust ("Deed") encumbering real property commonly described as 5133 South Orcas Street, Seattle, WA 98118 ("Property"). Creditor is the holder of the note or services the note for the holder.

On October 9, 2019, Debtors filed for protection under Title 11, chapter 13 of the United States Code under cause number 19-13722-TWD in the above listed court.

The outstanding balance due on the Note as of filing is $388,278.01. As of the same date the loan is contractually due for the May 1, 2018 payment.
Objection to Confirmation - 1
MH# WA-19-158152

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856
Case 19-13722-TWD    Doc 18    Filed 11/04/19    Ent. 11/04/19 16:40:37    Pg. 1 of 3

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are $67,582.77 as detailed in Creditor's filed proof of claim. The monthly payment due as of November 1, 2019 was $3,404.52.

## II. ARGUMENT AND AUTHORITY

Under 11 U.S.C. § 1325(a)(5) the Court shall confirm a plan only if as to each secured claim the claim holder accepts the plan and the plan provides for distribution to that creditor in an amount not less than the value of the allowed secured claim. In the case at bar, the Debtor has understated the accrued arrears by several thousand dollars and failed to provide a monthly arrears payment sufficient to cure the arrears. Because the plan is proposed as a 100% payment to unsecured creditors, it is unclear as of the date of this objection whether the plan is sufficiently funded to pay the higher arrears actually due Creditor.

## III. CONCLUSION

For the reasons listed above, the chapter 13 plan as proposed fails to comply with the requirements of United States Code Title 11. Therefore, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan. If the court sustains this objection and denies confirmation, Creditor respectfully requests that the Court set a deadline by which an amended plan is to be filed. Creditor further requests that if the Debtor does not file the Amended Plan by the date imposed by the Court, that the Trustee be permitted to submit an order dismissing the bankruptcy case for failure to comply with the order of the court.

Dated: November 4, 2019   McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA# 25130
Michael S. Scott WSBA# 28501
Attorneys for Movant

Objection to Confirmation - 2
MH# WA-19-158152

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 19-13722-TWD    Doc 18    Filed 11/04/19    Ent. 11/04/19 16:40:37    Pg. 2 of 3

# CERTIFICATE OF SERVICE

On 11/4/2019, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**
Jason Wilson-Aguilar
courtmail@seattlech13.com

**DEBTORS' COUNSEL**
Christina L Henry
chenry@hdm-legal.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 11/4/2019, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTORS**
Jan Carol Little-Washington, 5133 S Orcas St, Seattle, WA 98118

Kevin Lynn Washington, 5133 S Orcas St, Seattle, WA 98118

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh

Certificate of Mailing- 3
MH#WA-19-158152

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856