B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Western District Of Washington

In re Jan Carol Little-Washington and Kevin Lynn Washington, Case No. 19-13722-TWD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PRPM 2021-3, LLC | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Phone: 888-504-6700
Last Four Digits of Acct #: 3747

Court Claim # (if known): 3
Amount of Claim: $388,278.01
Date Claim Filed: 10/21/2019

Phone: _____
Last Four Digits of Acct. #: 8125

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Erica Loftis   Date: 05/24/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.