B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Western District Of Washington

In re Jan Carol Little-Washington and Kevin Lynn Washington, Case No. 19-13722-TWD

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/21 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Wells Fargo Bank, N.A. | PRPM 2021-3, LLC |

Address of Alleged Transferor:

c/o Wells Fargo Bank, N.A.
1000 Blue Gentian Road,
Eagan MN 55121-7700

Address of Transferee:

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**