The Honorable Timothy W. Dore
Chapter 13
Hearing Date: TBD
Hearing Time: 9:30 AM
Hearing Location: Courtroom 8106
Response Due: TBD

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Jan Carol Little-Washington and Kevin Lynn Washington,<br><br>               Debtors. | Case No. 19-13722 - TWD<br><br>Chapter: 13<br><br>DEBTORS' MOTION FOR COURT APPROVAL OF REFINANCE TO PAY OFF CHAPTER 13 PLAN |

     COMES NOW, the Chapter 13 Debtors, ("Debtors"), by and through their attorney, Chrisitna L Henry of Henry & DeGraaff, P.S., hereby move the Court for an order to refinance their home to pay off their confirmed Chapter 13 Plan. This motion is based on the files and records herein, the Debtors' supporting declaration with a copy of Loan Estimate documents executed by Debtors attached thereto.

     Debtors seek court approval allowing them to refinance their residence located at the address commonly known as 5133 S Orcas St., Seattle WA 98118-2560, in the approximate amount of $655,000.00 which is intended to pay mortgage lien secured by Debtors' residence, including:

DEBTORS' MOTION FOR COURT APPROVAL OF REFINANCE - 1

HENRY & DEGRAAFF, P.S.
119 1ST AVE S, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 19-13722-TWD    Doc 61   Filed 01/07/22   Ent. 01/07/22 14:15:26   Pg. 1 of 2

The balance owed on the first mortgage serviced by Rushmore including arrears, is in the estimated amount of $319,309.00 or amount otherwise sufficient to pay off the current 1st mortgage;

**Amount to Trustee:** After payment of mortgage related lien(s), any other claims, all outstanding property taxes, and any other amounts necessary to clear title, the **Chapter 13 Trustee,** Jason Wilson-Aguilar**, shall receive** an amount sufficient to complete the bankruptcy and cover administrative costs estimated to be approximately **$32,100.00**. The payment shall identify the Debtors' name, (Little-Washington), and case number, 19-13722 TWD. Upon receipt of the refinance proceeds, the Trustee is immediately authorized to disburse the funds (less his fee) pursuant to the confirmed plan.

**Amount to Debtors:** The balance of the funds are to be released to the Debtors.

Debtors pray for an Order allowing them to enter into this Refinance Agreement.

Dated this January 7, 2022

HENRY & DEGRAAFF, P.S.

By: /s/ Christina L Henry
Christina L Henry, WSBA #31273
Attorney for the Debtors
119 1st Ave S, Ste 500
Seattle, WA 98104
Tel# 206-330-0595
Fax# 206-400-7609
jacobd@hdm-legal.com

DEBTORS' MOTION FOR COURT APPROVAL OF REFINANCE - 2

**HENRY & DEGRAAFF, P.S.**
119 1ST AVE S, STE 500
SEATTLE, WASHINGTON 98104
telephone (206) 330-0595
fax (206) 400-7609

Case 19-13722-TWD   Doc 61   Filed 01/07/22   Ent. 01/07/22 14:15:26   Pg. 2 of 2