The Honorable Timothy W. Dore
Chapter 13
Hearing Date: TBD
Hearing Time: 9:30 AM
Hearing Location: Courtroom 8106
Response Due: TBD

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Jan Carol Little-Washington and Kevin Lynn Washington,

        Debtors.

Case No. 19-13722 - TWD

Chapter: 13

DECLARATION OF JAN LITTLE-WASHINGTON IN MOTION FOR COURT APPROVAL OF REFINANCE

I, Jan Carol Little-Washington, declare as follows:

1. I have personal knowledge of the facts stated in this supplemental declaration, and I am competent and willing to testify to the truth therof if called upon to do so.

2. I am seeking to refinance my home located at 5133 S Orcas St., Seattle WA 98118-2560 in order to pay off my plan early.

3. The refinance should be sufficient to pay off the mortgage, taxes, and any other direct liens.

4. I agree that the Chapter 13 Trustee, Jason Wilson-Aguilar, shall receive an amount sufficient to complete the bankruptcy and cover administrative costs estimated to be $32,100.00.

5. A true and correct copy of the Loan Estimate and Estimated Refinance Statement

is attached hereto and incorporated herein as **Exhibit A**.

This declaration is made under penalty of perjury under the laws of the State of Washington this 7$^h$ of January, 2022 at Seattle, WA.

_____
Jan Little-Washington

# EXHIBIT A

# Prequalification Estimate

Date: 1/7/2022


Willamette Valley Bank

| | | | |
|---|---|---|---|
| Loan Officer: **Eric William Vander Werff** | NMLS#: **107939** | Borrower (s):<br>**Jan Little-Washington**<br>**Kevin Washington** | |
| Company Name: **Willamette Valley Bank** | NMLS#: **713109** | | |
| Phone: **208-292-4213** | | | |
| Loan Officer Email: **eric.v@wvbk.com** | | Loan Program:<br>**VA 30 Yr Fixed High Balance** | Type of Loan:<br>**Fixed** |
| LTV: **59.545** | Interest Rate:<br>**3.250%** | Loan Term: **360** | Loan Amount<br>**$ 655,000.00** |
| Sales Price: $ | Estimated Value: $ **1,100,000** Existing Lien: $ **345,176.08** | | APR: **3.401%** |

## ESTIMATED CLOSING COSTS

| Items Payable in Connection with the Loan | | Title Charges | |
|---|---|---|---|
| Origination Fee % | $ | Settlement or Closing Fee | $  643.07 |
| Processing Fees | $  195.00 | Title Insurance Fee | $  1,092.58 |
| WVBK Admin Fee | $  995.00 | Owner's Title (Paid by Seller) | $ |
| WVBK Wire Fee | $  10.00 | Lien Search Lien Search | $ |
| | | Endorsements Endorsements | $ |
| **Your Rate Costs** | | Government Service Fee Government Service Fee | $ |
| Points  1.125 | | Reconveyance Fee | $  350.00 |
| | | Early Issue Fee | $ |
| You Pay a fee of | $  7,368.75 | **Government Recording and Transfer Charges** | |
| | | Recording Fee | $  450.00 |
| | | Transfer Taxes | $ |
| **Total Origination & Rate Charges** | $  8,569 | **Additional Settlement Charges** | |
| Appraisal Fee | $  800.00 | | $ |
| Credit Report Fee | $  100.00 | Principal Reduction | $ |
| Credit Update Fees | 250.00 | _____ | $ |
| Tax Servicing Fee | $ | | |
| USDA Guarantee Fee | $ | | |
| | | **Total Estimated Closing Costs** | $  5,145.05 |

## ESTIMATED RESERVE PREPAID COSTS

| | | | |
|---|---|---|---|
| Prepaid Interest 43 days<br>@ $58.32 | $  2,507.76 | Hazard Insurance<br>4 mths @ $159.75 | $  639.00 |
| Mortgage Insurance Premium | $ | Property Tax<br>7 mths @ $604.97 | $  4,234.79 |
| Hazard Insurance Premium | $  1,917.00 | Flood Insurance | |
| Property Taxes Due at Closing | $ | mths @ $ | $ |
| VA Funding Fee | $ | | |
| Flood Insurance Premium | $ | | |
| | | Aggregate Adjustment | $  -479.25 |
| | | **Total Estimated Reserve / Prepaid Costs** | |
| | | PMI, MIP, Guarantee, Funding Fee | $ |
| | | **Total Prepaid Expenses** | $  8,819.30 |

## TRANSACTION SUMMARY

| **Total Estimated Monthly Payment** | | **Total Estimated Funds Needed to Close** | |
|---|---|---|---|
| Principal & Interest | $  2,850.60 | Purchase Price / Payoff | $ |
| Other Financing (P&I) | $ | Payoff Amount | $  345,176.08 |
| Hazard Insurance | $  159.75 | Total Estimated Closing Costs | $  5,145.05 |
| Real Estate Taxes | $  604.97 | Total Estimated Prepaids | $  8,819.30 |
| Mortgage Insurance | $ | Discount (if Borrower will pay) | $  7,368.75 |
| USDA Annual Fee and/or Flood Ins. | $ | PMI, MIP, Funding Fee | $ |
| HOA | $ | **Total  of All Costs** | $  366,509.18 |
| | | Seller Credit | $ |
| **Total Monthly Payment** | $  3,615.32 | _____ | $ |
| Estimated payoffs: | | _____ | $ |
| Rushmore Mortgage : $313,309 | | | |
| Chapter 13:           $31824.08 | | | $ |
| | | LenderCredit LenderCredit | $ |
| The information provided on this document reflects estimates of the charges you may incur if you choose to make a loan application. The fees listed are estimates; **your actual rate, payment, and costs could be higher. Get an official Loan Estimate before choosing a loan**. Your transaction may not involve a fee for every item listed. This worksheet is being provided for informational purposes only. Information deemed reliable but not guaranteed. Subject to change Without notice. This is not a commitment to lend. | | Lender Paid Closing Costs | $ |
| | | 2nd Mortgage (Sub Financing) | $ |
| | | Loan Amount | $  655,000.00 |
| | | Upfront MIP / VA Funding Fee | $ |
| | | **Total Loan Amount** | $  655,000.00 |
| | | **Cash to(-) / from(+) Borrower** | $  -288,490.82 |