UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Jan Carol Little-Washington and Kevin Lynn Washington,

          Debtors.

Case No. 19-13722 - TWD

Chapter: 13

*PROPOSED* ORDER AUTHORIZING REFINANCE OF DEBTORS' MORTGAGE

THIS matter having come before the Court upon the DEBTORS' MOTION FOR COURT APPROVAL OF REFINANCE TO PAY OFF CHAPTER 13 PLAN ("Motion"), the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore ORDERED,ADJUDGED, and DECREED as follows:

1. The Debtors may refinance their residence.

2. The refinance shall pay any lien secured by Debtors' residence including the balance owed on the first mortgage owned or serviced by Rushmore Loan Management, including arrears in the estimated amount of $319,309.00, or amount sufficient to pay off current balance owing.

3. Debtor shall send a copy of the final settlement statement to the Chapter 13

Trustee.

4. Escrow is further directed to disburse $32,100.00 payable to: Jason Wilson-Aguilar, Trustee, PO Box 2139, Memphis, TN 38101-2139. The payment shall identify Debtors' case number, 19-13722-TWD.

5. Upon receipt of the sales proceeds, the Trustee is immediately authorized to disburse the funds (less Trustee's fee) pursuant to the confirmed plan.

6. Escrow shall release the balance of the funds directly to the Debtors.

7. The automatic stay of FRBP 6004(h) is waived and does not apply to this Order.

//END OF ORDER//

Presented by:
 /s/ *Christina L Henry*
Christina L Henry, WSBA #31273