The Honorable Timothy W. Dore
Chapter 13
Hearing Date: January 19, 2022
Hearing Time: 9:30 AM
Hearing Location: Courtroom 8106
Response Due: January 18, 2022 at 10:00 AM

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Jan Carol Little-Washington and Kevin Lynn Washington,<br><br>                Debtors. | Case No. 19-13722 - TWD<br><br>Chapter: 13<br><br>NOTICE OF HEARING ON MOTION FOR COURT APPROVAL OF REFINANCE TO PAY OFF CHAPTER 13 PLAN |

**PLEASE TAKE NOTICE** that the hearing on Motion for Court Approval of Refinance to Pay Off Chapter 13 Plan to be held on January 19, 2022

| | |
|---|---|
| JUDGE: | The Honorable Timothy W. Dore |
| PLACE: | US Courthouse<br>700 Stewart Street,<br>Courtroom 8106<br>Seattle, WA 98101 |
| DATE: | January 19, 2022 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **January 18, 2022 at 10AM** |

**IF YOU OPPOSE** the Motion, you must file your written response with the Court Clerk and deliver copies on the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 10, 2022 at 10AM**.** If you file a response, you are also required at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing. Objections not on file and served as set forth may be deemed waived.

DATED this January 10, 2022

Henry & DeGraaff, P.S.
<i>/s/ Christina L Henry</i>
Christina L Henry WSBA 31273