**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Jan Carol Little-Washington and Kevin Lynn Washington,<br><br>Debtors. | Case No. 19-13722 - TWD<br><br>Chapter: 13<br><br>*AGREED* ORDER AUTHORIZING REFINANCE OF DEBTORS' MORTGAGE |

THIS matter having come before the Court upon the DEBTORS' MOTION FOR COURT APPROVAL OF REFINANCE TO PAY OFF CHAPTER 13 PLAN ("Motion"), the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore ORDERED, ADJUDGED, and DECREED as follows:

1. The Debtors may refinance their residence.

2. The refinance shall pay any lien secured by Debtors' residence including the balance owed on the first mortgage owned or serviced by Rushmore Loan Management, including arrears in the estimated amount of $319,309.00, or amount sufficient to pay off current balance owing.

3. Debtor shall send a copy of the final settlement statement to the Chapter 13

Trustee.

4. Escrow is ~~further~~ directed to disburse $36,000.00 payable to: Jason Wilson-Aguilar, Trustee, PO Box 2139, Memphis, TN 38101-2139. The payment shall identify Debtors' case number, 19-13722-TWD.

5. Upon receipt of the sales proceeds, the Trustee is immediately authorized to disburse the funds (less Trustee's fee) pursuant to the confirmed plan.

6. Escrow shall release the balance of the funds directly to the Debtors.

7. The automatic stay of FRBP 6004(h) is waived and does not apply to this Order.

//END OF ORDER//

Presented by:
/s/ *Christina L Henry*
Christina L Henry, WSBA #31273
Henry & DeGraaff, PS
119 1st Ave S, Ste 500
Seattle, WA 98104
Tel# 206-330-0595
chenry@hdm-legal.com

No Objection:

*/s/ Emily Jarvis*
Emily Jarvis, WSBA# 41841
Staff Attorney for Jason Wilson-Aguilar, Chapter 13 Trustee