Entered on Docket March 28, 2024

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br>JAN CAROL LITTLE-WASHINGTON and<br>KEVIN LYNN WASHINGTON,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>No. 19-13722-TWD<br><br>EX PARTE<br>ORDER APPROVING POST-<br>CONFIRMATION MODIFICATION<br>OF PLAN |
|---|---|

THIS MATTER came before the Court on the Trustee's *Ex Parte* Motion for Post-Confirmation Modification of Plan. The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that:

1. The debtors' Chapter 13 plan (ECF No 48) is modified to provide that the debtors' plan payment shall increase to $3,960.00 per month beginning March 1, 2024;

///

///

///

ORDER APPROVING POST-
CONFIRMATION MODIFICATION OF
PLAN - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 19-13722-TWD    Doc 79    Filed 03/28/24    Ent. 03/28/24 11:43:32    Pg. 1 of 2

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with this order; and

/ / /End of Order/ / /

Presented by:

*/s/ Kristin D. Bowen*, WSBA #46688 for
Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Approved:

*/s/ Christina Latta Henry* [approved by email]
Christina Latta Henry, WSBA #31273
Attorney for debtors

ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282