# UNITED STATES BANKRUPTCY COURT
## For The Western District of Washington

In re:                                        Case No. 19-13722-TWD

JAN CAROL LITTLE-WASHINGTON

KEVIN LYNN WASHINGTON

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee for LB-Shed Series IV Trust | U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Court Claim # (if known):   3-2
Amount of Claim:   351,804.40
Date of Claim Filed:   10/21/2019

Phone:  800-603-0836
Last Four Digits of Acct #:   6759

Phone:  800-603-0836
Last Four Digits of Acct #:   6759

Name and Address where transferee payments should be sent (if different than above):

Phone:  800-603-0836
Last Four Digits of Acct #:   6759

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Warren Lance                                        Date:  December 26, 2024
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.