Judge: Timothy W. Dore
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JAN CAROL LITTLE-WASHINGTON AND
KEVIN LYNN WASHINGTON,

Debtors.

IN CHAPTER 13 PROCEEDING
NO. 19-13722-TWD

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

| | |
|---|---|
| Department of Education MOHELA<br>PO Box 790233<br>St Louis, MO 63179 | Check Number: 3835384<br>Amount: $945.42 |

Dated: January 08, 2025

*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124