Debtor 1    Jan Carol Little-Washington & Kevin Lynn Washington

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number   19-13722

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
wells fargo bank, n.a.

**Court claim no.** (if known): 3-1

**Date of payment change:**
Must be at least 21 days after date
of this notice    06/01/2021

**New total payment:**
Principal, interest, and escrow, if any   $ 3721.44

**Last 4 digits** of any number you use to
identify the debtor's account:    8   1   2   5

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 958.23      New escrow payment: $ 1000.37

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Jeremy Anthony      Date 04/21/2021

     Signature

Print: Anthony, Jeremy      VP Loan Documentation

     First Name      Middle Name      Last Name      Title

Company Wells Fargo Bank, N.A.

Address MAC N9286-01Y

     Number      Street

     1000 Blue Gentian Road

     Address 2

     Eagan      MN      55121-7700

     City      State      ZIP Code

Contact phone 800-274-7025      NoticeOfPaymentChangeInquiries@wellsfargo.com

     Email

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

Chapter 13 No. 19-13722
Judge: Timothy W. Dore

In re:

Jan Carol Little-Washington & Kevin Lynn Washington

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 22, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:
    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jan Carol Little-Washington & Kevin Lynn Washington
5133 S Orcas St

Seattle WA 98118-2560

    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:
    By Court's CM/ECF system registered email address

Christina L Henry
Henry & Degraaff, P.S.
787 Maynard Ave S

Seattle WA 98104

    By Court's CM/ECF system registered email address

N/A

Trustee:
    By Court's CM/ECF system registered email address

Jason Wilson-Aguilar

600 University St #1300

Seattle WA 98101

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.

JAN CAROL LITTLE-WASHINGTON
KEVIN L WASHINGTON
5133 SOUTH ORCAS STREET
SEATTLE WA 98118

**Important notice about your Escrow Account Disclosure Statement**
Now that you've been approved for a trial payment plan, we've completed an analysis of your escrow account to ensure we're collecting sufficient funds for your property tax and insurance premium payments. As a result of this analysis, we are sending you an Escrow Account Disclosure Statement.

**Questions?**
Contact your Home Preservation Specialist

**Monthly payment amount**
You may find the monthly payment amount shown on this statement is not the same as your trial plan payment. Please make your payments as outlined in your trial payment plan.

**Escrow reviews**
We'll continue to review your escrow account yearly to make sure the escrow portion of your total monthly payment covers your projected property taxes and insurance premiums. Please retain this escrow statement for your records as it reflects the tax and insurance obligations on your loan.

**WELLS FARGO** | **HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*
**Statement Date:** April 15, 2021
**Loan number:** ▮▮▮▮▮▮▮▮
**Property address:**
    5133  SOUTH ORCAS STR
    SEATTLE WA 98118-2560

JAN CAROL LITTLE-WASHINGTON
KEVIN L WASHINGTON
5133 SOUTH ORCAS STREET
SEATTLE WA 98118

## Customer Service


**Online** 
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**To learn more, go to:**
wellsfargo.com/escrow

**Telephone** 
1-800-340-0473

**Hours of operation** 
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **June 1, 2021** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$1,383.82**

## Part 1 - Mortgage payment

### New Payment
**The new total payment will be $3,721.44**

| | Previous payment through 05/01/2021 payment date | New payment beginning with the 06/01/2021 payment |
|---|---|---|
| Principal and/or interest | $2,721.07 | $2,721.07 |
| Escrow payment | $958.23 | $1,000.37 |
| Total payment amount | $3,679.30 | $3,721.44 |

### No action required

Starting **June 1, 2021** the new contractual payment amount will be **$3,721.44**

**Note:** Since a bill pay or third-party payment service is used, please remember to adjust the mortgage payment amount.

**See Page 2 for additional details.**

**Loan Number:** ▮▮▮▮▮▮▮

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $10,681.34. For the coming year, we expect the amount paid from escrow to be $10,620.68.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 08/19 - 07/20 (Actual) | 11/19 - 10/20 (Actual) | 08/20 - 04/21 (Actual) | 06/21 - 05/22 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $6,839.18 | $7,381.00 | $7,320.34 | $7,259.68 | ÷ | 12 | = | $604.97 |
| **Property insurance** | $2,409.00 | $2,409.00 | $3,361.00 | $3,361.00 | ÷ | 12 | = | $280.08 |
| **Total taxes and insurance** | $9,248.18 | $9,790.00 | $10,681.34 | $10,620.68 | ÷ | 12 | = | $885.05 |
| **Escrow shortage** | $393.31 | $0.00 | $1,708.74 | $1,383.82 | ÷ | 12 | = | $115.32 |
| **Total escrow** | $9,641.49 | $9,790.00 | $12,390.08 | $12,004.50 | ÷ | 12 | = | $1,000.37 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance  April, 2022 | | -$1,470.97 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment[§] | + | $1,857.25 | |
| Minimum balance for the escrow account[†] | - | $1,770.10 | (Calculated as: $885.05 X 2 months) |
| **Escrow shortage** | = | -$1,383.82 | |

[§]This adjustment of $1,857.25, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

[†]The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

### Escrow account projections from June, 2021 to May, 2022

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|------|-----|------|------|------|------|
| May 2021 | | | Starting balance | -$585.84 | $2,655.23 |
| Jun 2021 | $885.05 | $0.00 | | $299.21 | $3,540.28 |
| Jul 2021 | $885.05 | $0.00 | | $1,184.26 | $4,425.33 |
| Aug 2021 | $885.05 | $0.00 | | $2,069.31 | $5,310.38 |
| Sep 2021 | $885.05 | $0.00 | | $2,954.36 | $6,195.43 |
| Oct 2021 | $885.05 | $3,629.84 | KING COUNTY (W) | $209.57 | $3,450.64 |
| Nov 2021 | $885.05 | $0.00 | | $1,094.62 | $4,335.69 |
| Dec 2021 | $885.05 | $0.00 | | $1,979.67 | $5,220.74 |
| Jan 2022 | $885.05 | $3,361.00 | TRAVELERS | -$496.28 | $2,744.79 |
| Feb 2022 | $885.05 | $0.00 | | $388.77 | $3,629.84 |
| Mar 2022 | $885.05 | $0.00 | | $1,273.82 | $4,514.89 |
| Apr 2022 | $885.05 | $3,629.84 | KING COUNTY (W) | -$1,470.97 | $1,770.10 |
| May 2022 | $885.05 | $0.00 | | -$585.92 | $2,655.15 |
| Totals | $10,620.60 | $10,620.68 | | | |

## Part 4 - Escrow account history

### Escrow account activity from August, 2020 to May, 2021

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|--------|-----------|------------|--------|-----------|------------|------|--------|-----------|------------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Aug 2020 | | | | | | | Starting Balance | -$11,698.96 | $4,079.19 | -$15,778.15 |
| Aug 2020 | $1,336.92 | $815.83 | $521.09 | $0.00 | $0.00 | $0.00 | | -$10,362.04 | $4,895.02 | -$15,257.06 |
| Sep 2020 | $668.46 | $815.83 | -$147.37 | $0.00 | $0.00 | $0.00 | | -$9,693.58 | $5,710.85 | -$15,404.43 |
| Oct 2020 | $668.46 | $815.83 | -$147.37 | $3,690.50 | $3,690.50 | $0.00 | KING COUNTY (W) | -$12,715.62 | $2,836.18 | -$15,551.80 |
| Nov 2020 | $1,336.92 | $815.83 | $521.09 | $0.00 | $0.00 | $0.00 | | -$11,378.70 | $3,652.01 | -$15,030.71 |
| Dec 2020 | $1,366.90 | $815.83 | $551.07 | $0.00 | $0.00 | $0.00 | | -$10,011.80 | $4,467.84 | -$14,479.64 |
| Jan 2021 | $683.45 | $815.83 | -$132.38 | $3,361.00 | $2,409.00 | $952.00 | TRAVELERS | -$12,689.35 | $2,874.67 | -$15,564.02 |
| Feb 2021 | $0.00 | $815.83 | -$815.83 | $0.00 | $0.00 | $0.00 | | -$12,689.35 | $3,690.50 | -$16,379.85 |
| Mar 2021 | $1,366.90 | $815.83 | $551.07 | $3,629.84 | $0.00 | $3,629.84 | KING COUNTY (W) | -$14,952.29 | $4,506.33 | -$19,458.62 |
| Apr 2021 (estimate) | $13,408.22 | $815.83 | $12,592.39 | $0.00 | $3,690.50 | -$3,690.50 | KING COUNTY (W) | -$1,544.07 | $1,631.66 | -$3,175.73 |
| May 2021 (estimate) | $958.23 | $815.83 | $142.40 | $0.00 | $0.00 | $0.00 | | -$585.84 | $2,447.49 | -$3,033.33 |
| Totals | $21,794.46 | $8,158.30 | $13,636.16 | $10,681.34 | $9,790.00 | $891.34 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19


EQUAL HOUSING LENDER