**Fill in this information to identify the case:**

Debtor 1    Jan Carol Little-Washington & Kevin Lynn Washington

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number    1913722

## Official Form 410S1

# Notice of Mortgage Payment Change            **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-1

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice        08/01/2024

**New total payment:**
Principal, interest, and escrow, if any    $ 2226.22

**Last 4 digits** of any number you use to identify the debtor's account:        4    3    5    6

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ 704.04                    New escrow payment: $ 701.27

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: _____%            New interest rate: _____%

Current principal and interest payment: $ _____            New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
Reason for change:

Current mortgage payment: $ _____            New mortgage payment: $ _____

Case 19-13722-TWD    Doc    Filed 06/11/24    Ent. 06/11/24 06:39:21    Pg. 1 of 7

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Lindsay White      Date 06/11/2024

    Signature

Print: White, Lindsay              VP Loan Documentation

    First Name     Middle Name     Last Name      Title

Company Wells Fargo Bank, N.A.

Address   MAC N9286-01Y

    Number     Street

    P.O. Box 1629

    Address 2

    Minneapolis         MN     55440-9790

    City         State     ZIP Code

Contact phone   800-274-7025         NoticeOfPaymentChangeInquiries@wellfargo.com

    Email

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

Chapter 13 No. 1913722
Judge: Timothy W. Dore

In re:

Jan Carol Little-Washington & Kevin Lynn Washington

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 12, 2024 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

                                  Jan Carol Little-Washington & Kevin Lynn Washington
                                  5133 S Orcas St

                                  Seattle WA 98118-2560

                              By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
                                  N/A

Debtor's Attorney:            By Court's CM/ECF system registered email address

                                  Jacob D DeGraaff
                                  Henry & DeGraaff, P.S.
                                  10728 16th Ave SW

                                  Seattle WA 98146

                              By Court's CM/ECF system registered email address
                                  N/A

Trustee:                         By Court's CM/ECF system registered email address

                                  Jason Wilson-Aguilar

                                  600 University St #1300

                                  Seattle WA 98101

/s/Lindsay White

VP Loan Documentation

Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Statement Date:** June 7, 2024
**Loan number:** 
**Property address:**
  3527  SOUTH HUDSON ST
  SEATTLE WA 98118-1917

JAN LITTLE-WASHINGTON
KEVIN L WASHINGTON
5133 S ORCAS ST
SEATTLE WA 98118-2560

## Customer Service



**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **August 1, 2024** payment, the escrow portion of the payment **decreases**.

> ### The escrow account has a shortage of $251.62

# Part 1 - Mortgage payment

### Option 1

**Pay the shortage amount over 12 months**

| | Previous payment through 07/01/2024 payment date | New payment beginning with the 08/01/2024 payment |
|---|---|---|
| **Principal and/or interest** | $1,524.95 | $1,524.95 |
| **Escrow payment** | $704.04 | $701.27 |
| **Total payment amount** | $2,228.99 | $2,226.22 |

**Option 1: No action required**

Starting **August 1, 2024** the new payment amount will be **$2,226.22**

### Option 2

**Pay the shortage amount of $251.62**

| | Previous payment through 07/01/2024 payment date | New payment beginning with the 08/01/2024 payment |
|---|---|---|
| **Principal and/or interest** | $1,524.95 | $1,524.95 |
| **Escrow payment** | $704.04 | $680.30 |
| **Total payment amount** | $2,228.99 | $2,205.25 |

**Option 2: Pay shortage in full**

Starting **August 1, 2024** the new payment amount will be **$2,205.25**

**See the following pages for more detail.**



*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage.*

JAN LITTLE-WASHINGTON
KEVIN L WASHINGTON

Wells Fargo Home Mortgage
PO Box 51120
Los Angeles, CA 90051-5420

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for **$251.62** to the address that appears on this coupon.

This payment must be received no later than **August 1, 2024**.

708 ▮▮▮▮▮ 4 10 02 00222899 00220525 00248061 00025162 2

**Loan Number:**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $8,073.50. For the coming year, we expect the amount paid from escrow to be $8,163.62.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 08/21 - 07/22 (Actual) | 08/22 - 07/23 (Actual) | 08/23 - 06/24 (Actual) | 08/24 - 07/25 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,921.60 | $6,334.04 | $6,616.08 | $6,706.20 | ÷ | 12 | = | $558.85 |
| **Property insurance** | $1,273.43 | $1,396.38 | $1,457.42 | $1,457.42 | ÷ | 12 | = | $121.45 |
| **Total taxes and insurance** | $7,195.03 | $7,730.42 | $8,073.50 | $8,163.62 | ÷ | 12 | = | **$680.30** |
| **Escrow shortage** | $295.07 | $601.91 | $526.03 | **$251.62** | ÷ | 12 | = | $20.97** |
| **Total escrow** | $7,490.10 | $8,332.33 | $8,599.53 | $8,415.24 | ÷ | 12 | = | $701.27 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance April 2025 | **$1,108.98** | (Calculated in Part 4 - Escrow account projections table) |
| Minimum balance for the escrow account† **–** | **$1,360.60** | |
| **Escrow shortage** **=** | **–$251.62** | |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history

### Escrow account activity from June 2023 to July 2024

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2023 | | | | | | | Starting Balance | $2,106.80 | | |
| Jul 2023 | $1,372.16 | | | $0.00 | | | | $3,478.96 | | |
| Aug 2023 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $4,183.00 | $3,961.15 | $221.85 |
| Sep 2023 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $4,887.04 | $4,621.35 | $265.69 |
| Oct 2023 | $704.04 | $660.20 | $43.84 | $3,262.98 | $3,262.99 | -$0.01 | KING COUNTY | $2,328.10 | $2,018.56 | $309.54 |
| Nov 2023 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $3,032.14 | $2,678.76 | $353.38 |
| Dec 2023 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $3,736.18 | $3,338.96 | $397.22 |
| Jan 2024 | $0.00 | $660.20 | -$660.20 | $1,457.42 | $0.00 | $1,457.42 | FARMERS | $2,278.76 | $3,999.16 | -$1,720.40 |
| Feb 2024 | $1,408.08 | $660.20 | $747.88 | $0.00 | $1,396.38 | -$1,396.38 | FARMERS | $3,686.84 | $3,262.98 | $423.86 |
| Mar 2024 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $4,390.88 | $3,923.18 | $467.70 |
| Apr 2024 | $704.04 | $660.20 | $43.84 | $3,353.10 | $3,262.99 | $90.11 | KING COUNTY | $1,741.82 | $1,320.39 | $421.43 |
| May 2024 | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $2,445.86 | $1,980.59 | $465.27 |
| Jun 2024 | $0.00 | $660.20 | -$660.20 | $0.00 | $0.00 | $0.00 | | $2,445.86 | $2,640.79 | -$194.93 |
| Jul 2024 (estimate) | $704.04 | $660.20 | $43.84 | $0.00 | $0.00 | $0.00 | | $3,149.90 | $3,300.99 | -$151.09 |
| Totals | $9,116.60 | $7,922.40 | -$177.96 | $8,073.50 | $7,922.36 | $151.14 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

## Part 4 - Escrow account projections

### Escrow account projections from August 2024 to July 2025

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jul 2024 | | | Starting balance | $3,149.90 | $3,401.52 |
| Aug 2024 | $680.30 | $0.00 | | $3,830.20 | $4,081.82 |
| Sep 2024 | $680.30 | $0.00 | | $4,510.50 | $4,762.12 |
| Oct 2024 | $680.30 | $3,353.10 | KING COUNTY | $1,837.70 | $2,089.32 |
| Nov 2024 | $680.30 | $0.00 | | $2,518.00 | $2,769.62 |
| Dec 2024 | $680.30 | $0.00 | | $3,198.30 | $3,449.92 |
| Jan 2025 | $680.30 | $0.00 | | $3,878.60 | $4,130.22 |
| Feb 2025 | $680.30 | $1,457.42 | FARMERS | $3,101.48 | $3,353.10 |
| Mar 2025 | $680.30 | $0.00 | | $3,781.78 | $4,033.40 |
| Apr 2025 | $680.30 | $3,353.10 | KING COUNTY | **$1,108.98** | **$1,360.60** |
| May 2025 | $680.30 | $0.00 | | $1,789.28 | $2,040.90 |
| Jun 2025 | $680.30 | $0.00 | | $2,469.58 | $2,721.20 |
| Jul 2025 | $680.30 | $0.00 | | $3,149.88 | $3,401.50 |
| Totals | $8,163.60 | $8,163.62 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC

